**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 08-06641-DRC
 §
ORION DRYWALL, INC. §
 §
 §
 Debtor §

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/20/2008. The undersigned trustee was appointed on 03/20/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $16,198.53

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $298.69 |
    | Bank service fees | $473.28 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $15,426.56 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 08/15/2008 and the deadline for filing government claims was 08/15/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,369.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,500.00, for a total compensation of $1,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/19/2012            By:    /s/ David E. Grochocinski
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 08-06641-DRC |
| Case Name: | ORION DRYWALL, INC. |
| For the Period Ending: | 12/19/2012 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 03/20/2008 (f) |
| §341(a) Meeting Date: | 05/13/2008 |
| Claims Bar Date: | 08/15/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ACCOUNTS RECEIVABLE | $107,853.20 | $0.00 | | $3,208.17 | |
| 3 | OFFICE EQUIPMENT | $1,500.00 | $0.00 | | $0.00 | |
| 4 | FORKLIFT/EQUIPMENT/ETC. | $17,454.00 | $0.00 | | $0.00 | |
| 5 | INVENTORY | Unknown | $0.00 | | $0.00 | |
| 6 | POSSIBLE PREFENCES/FRAUDULENT TRANSFERS (u) | $20,000.00 | $20,000.00 | | $12,927.00 | |
| INT | Interest Earned (u) | Unknown | Unknown | | $6.36 | |

| TOTALS (Excluding unknown value) | $146,807.20 | $20,000.00 | | $16,141.53 | $0.00 |

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
SETTLEMENT ON MECHANICS LIEN TO BE APPROVED BY COURT ON 1/16/09; INVESTIGATION OF TRANSFER TO INSIDERS ONGOING; ACCOUNTS RECEIVABLE SUBJECT TO OFFSET LIENS OF MECHANICS LIEN HOLDER; ACTION VS. INSIDER TO BE FILED BY MARCH 2010; ADVERSARY FILED; CASE NO. 10A 00373; SUMMARY JUDGMENT DENIED; STRIAL SET FOR 2/7/11; TAX RETURNS TO BE FILED

| Initial Projected Date Of Final Report (TFR): | 06/30/2010 | Current Projected Date Of Final Report (TFR): | 06/30/2013 | /s/ DAVID E. GROCHOCINSKI |
| | | | | DAVID E. GROCHOCINSKI |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1   Exhibit B

| Case No. | 08-06641-DRC |
|---|---|
| Case Name: | ORION DRYWALL, INC |
| Primary Taxpayer ID #: | ******7070 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/20/2008 |
| For Period Ending: | 12/19/2012 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******2865 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ******2865 | Wire in from JPMorgan Chase Bank, N.A. account ******2865 | 9999-000 | $2,957.21 | | $2,957.21 |
| 04/09/2010 | (6) | WEST BEND INSURANCE COMPANY | INSURANCE PREFERENCE PAYMENT | 1241-000 | $10,427.00 | | $13,384.21 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.37 | | $13,384.58 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.57 | | $13,385.15 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.55 | | $13,385.70 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.56 | | $13,386.26 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.57 | | $13,386.83 |
| 09/03/2010 | 11003 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | $22.51 | $13,364.32 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,364.42 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,364.53 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,364.63 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,364.74 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,364.85 |
| 02/09/2011 | (6) | STEVEN PAULUS | SETTLEMENT PAYMENT | 1241-000 | $1,250.00 | | $14,614.85 |
| 02/15/2011 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-06641, Bond#016026455 | 2300-000 | | $9.63 | $14,605.22 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $14,605.32 |
| 03/08/2011 | (6) | STEVEN & MARY PAULUS | SETTLEMENT PAYMENT | 1241-000 | $1,250.00 | | $15,855.32 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.45 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.58 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.71 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.84 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.97 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $30.41 | $15,825.56 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,825.69 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.86 | $15,788.83 |
| | | | | SUBTOTALS | $15,888.24 | $99.41 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| Case No. | 08-06641-DRC |
|---|---|
| Case Name: | ORION DRYWALL, INC. |
| Primary Taxpayer ID #: | ******7070 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/20/2008 |
| For Period Ending: | 12/19/2012 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******2865 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.09) | $15,789.97 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,790.04 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.44 | $15,757.60 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,757.73 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $31.30 | $15,726.43 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,726.55 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.47 | $15,692.08 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,692.21 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.24 | $15,659.97 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,660.10 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.23 | $15,625.87 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $15,625.87 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $15,888.87 | $15,888.87 |
| Less: Bank transfers/CDs | | $2,957.21 | $15,625.87 |
| **Subtotal** | | $12,931.66 | $263.00 |
| Less: Payments to debtors | | $0.00 | $0.00 |
| **Net** | | $12,931.66 | $263.00 |

**For the period of 3/20/2008 to 12/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $12,931.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,931.66 |
| Total Internal/Transfer Receipts: | $2,957.21 |
| Total Compensable Disbursements: | $263.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $263.00 |
| Total Internal/Transfer Disbursements: | $15,625.87 |

**For the entire history of the account between 04/06/2010 to 12/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $12,931.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,931.66 |
| Total Internal/Transfer Receipts: | $2,957.21 |
| Total Compensable Disbursements: | $263.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $263.00 |
| Total Internal/Transfer Disbursements: | $15,625.87 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3                 Exhibit B

| Case No. | 08-06641-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7070 | | | Checking Acct #: | ******2866 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 3/20/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

$0.00

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TOTALS: | | $0.00 | $0.00 | |
| | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | Subtotal | | $0.00 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | |
| | | Net | | $0.00 | $0.00 | |

For the period of **3/20/2008 to 12/19/2012**                For the entire history of the account between **04/06/2010 to 12/19/2012**

| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4                                Exhibit B

| Case No. | 08-06641-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7070 | | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/20/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $15,625.87 | | $15,625.87 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $13.89 | $15,611.98 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.69 | $15,593.29 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.97 | $15,567.32 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $23.50 | $15,543.82 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.08 | $15,518.74 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.04 | $15,493.70 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.19 | $15,469.51 |
| 08/01/2012 | | UNITED STATES TREASURY | photocoy refund | 1280-000 | $57.00 | | $15,526.51 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.47 | $15,499.04 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.78 | $15,477.26 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.97 | $15,452.29 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.73 | $15,426.56 |

SUBTOTALS        $15,682.87        $256.31

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7070 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

$15,426.56

|  |  |
|---|---|
| TOTALS: | $15,682.87 $256.31 |
| Less: Bank transfers/CDs | $15,625.87 $0.00 |
| Subtotal | $57.00 $256.31 |
| Less: Payments to debtors | $0.00 $0.00 |
| Net | $57.00 $256.31 |

**For the period of 3/20/2008 to 12/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $57.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57.00 |
| Total Internal/Transfer Receipts: | $15,625.87 |
| | |
| Total Compensable Disbursements: | $256.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $256.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 12/19/2012**

| | |
|---|---|
| Total Compensable Receipts: | $57.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57.00 |
| Total Internal/Transfer Receipts: | $15,625.87 |
| | |
| Total Compensable Disbursements: | $256.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $256.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6         Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 08-06641-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | | Money Market Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/20/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/14/2009 | (2) | KLEIN CONSTRUCTION | SETTLEMENT REGARDING ACCOUNT RECEIVABLE | 1121-000 | $2,846.20 | | $2,846.20 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $2,846.25 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,846.35 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,846.47 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,846.58 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,846.69 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,846.81 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,846.93 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,847.05 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,847.16 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,847.27 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,847.39 |
| 12/23/2009 | (2) | SCHEFLOW & RYDELL | FUNDS TO ON ACCOUNT | 1121-000 | $361.97 | | $3,209.36 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,209.48 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,209.60 |
| 02/05/2010 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-06641, BOND#016026455 | 2300-000 | | $2.66 | $3,206.94 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,207.06 |
| 03/17/2010 | 1002 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | $250.00 | $2,957.06 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | interset | 1270-000 | $0.13 | | $2,957.19 |
| 04/06/2010 | | Wire out to BNYM account ********2865 | Wire out to BNYM account ********2865 | 9999-000 | ($2,957.21) | | ($0.02) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.02 | | $0.00 |

SUBTOTALS $252.66 $252.66

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7     Exhibit B

| Case No. | 08-06641-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | | | Money Market Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/20/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | | $252.66 | $252.66 |
| | Less: Bank transfers/CDs | | ($2,957.21) | $0.00 |
| | **Subtotal** | | $3,209.87 | $252.66 |
| | Less: Payments to debtors | | $0.00 | $0.00 |
| | **Net** | | $3,209.87 | $252.66 |

**For the period of 3/20/2008 to 12/19/2012**      **For the entire history of the account between 01/14/2009 to 12/19/2012**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $3,209.87 | Total Compensable Receipts: | $3,209.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,209.87 | Total Comp/Non Comp Receipts: | $3,209.87 |
| Total Internal/Transfer Receipts: | ($2,957.21) | Total Internal/Transfer Receipts: | ($2,957.21) |
| | | | |
| Total Compensable Disbursements: | $252.66 | Total Compensable Disbursements: | $252.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $252.66 | Total Comp/Non Comp Disbursements: | $252.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 8                                                                                          Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-06641-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ORION DRYWALL, INC. | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | | | Checking Acct #: | ******2866 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 3/20/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

|  | | | |
| --- | --- | --- | --- |
| **TOTALS:** | | $0.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 |
| **Subtotal** | | $0.00 | $0.00 |
| Less: Payments to debtors | | $0.00 | $0.00 |
| **Net** | | $0.00 | $0.00 |

For the period of **3/20/2008** to **12/19/2012**                 For the entire history of the account between **01/14/2009** to **12/19/2012**

| | | | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 9                    Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | Checking Acct #: | ******2866 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $16,198.53 | $771.97 | $15,426.56 |

For the period of 3/20/2008 to 12/19/2012

| Total Compensable Receipts: | $16,198.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,198.53 |
| Total Internal/Transfer Receipts: | $15,625.87 |

| Total Compensable Disbursements: | $771.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $771.97 |
| Total Internal/Transfer Disbursements: | $15,625.87 |

For the entire history of the case between 03/20/2008 to 12/19/2012

| Total Compensable Receipts: | $16,198.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,198.53 |
| Total Internal/Transfer Receipts: | $15,625.87 |

| Total Compensable Disbursements: | $771.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $771.97 |
| Total Internal/Transfer Disbursements: | $15,625.87 |

/s/ DAVID E. GROCHOCINSKI
_____
DAVID E. GROCHOCINSKI

CLAIM ANALYSIS REPORT

Page No: 1      Exhibit C

| Case No. | 08-06641-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | Date: | 12/19/2012 |
| Claims Bar Date: | 08/15/2008 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 12/19/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,369.85 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove IL 60089 | 12/19/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $5,672.50 | $5,672.50 | $0.00 | $0.00 | $0.00 | $5,672.50 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 12/12/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $156.51 | $156.51 | $0.00 | $0.00 | $0.00 | $156.51 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 12/12/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $5,000.00 | $55,542.50 | $5,869.85 | $0.00 | $0.00 | $0.00 | $5,869.85 |
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 South State Street Chicago IL 60603 | 04/07/2008 | Pers. Prop. & Intangibles- Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $30,392.86 | $30,392.86 | $0.00 | $0.00 | $0.00 | $30,392.86 |

Claim Notes:    (1-1) Unemployment tax

| 6 | INTERNAL REVENUE SERVICE ATTN: Centralized Insolvency PO Box 21126 Philadelphia PA 19114 | 06/13/2008 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $221,200.70 | $221,200.70 | $0.00 | $0.00 | $0.00 | $221,200.70 |
| 1a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 South State Street Chicago IL 60603 | 04/07/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $31,875.79 | $31,875.79 | $0.00 | $0.00 | $0.00 | $31,875.79 |

Claim Notes:    (1-1) Unemployment tax

**CLAIM ANALYSIS REPORT**

Exhibit C

Page No: 2

| Case No. | 08-06641-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | Date: | 12/19/2012 |
| Claims Bar Date: | 08/15/2008 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CHICAGO REGIONAL COUNCIL OF CARPENTERS c/o Scalambrino & Arnoff, LLP One North LaSalle Street Suite 1600 Chicago IL 60602 | 04/21/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $60,885.00 | $60,885.00 | $0.00 | $0.00 | $0.00 | $60,885.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 05/22/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $21,123.54 | $21,123.54 | $0.00 | $0.00 | $0.00 | $21,123.54 |
| 6a | INTERNAL REVENUE SERVICE ATTN: Centralized Insolvency PO Box 21126 Philadelphia PA 19114 | 06/13/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $129,336.54 | $129,336.54 | $0.00 | $0.00 | $0.00 | $129,336.54 |
| 8 | PAINTERS D.C. 30 HEALTH & WELF. FUND C/O M. Garrett Hohimer 122 S. Michigan Ave. Ste 1720 Chicago IL 60603 | 08/15/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $7,997.42 | $7,997.42 | $0.00 | $0.00 | $0.00 | $7,997.42 |
| 9 | PAINTERS D.C. 30 PENSION FUND C/O M. Garrett Hohimer 122 S. Michigan Ave. Ste 1720 Chicago IL 60603 | 08/15/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $8,122.38 | $8,122.38 | $0.00 | $0.00 | $0.00 | $8,122.38 |
| 10 | PAINTERS D.C. 30 J. APPRENTICESHIP & Training Fund, C/O M.G. Hohimer Jacobs Burns, et. al. 122 S. Michigan Ave. Ste 1720 Chicago IL 60603 | 08/15/2008 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $687.28 | $687.28 | $0.00 | $0.00 | $0.00 | $687.28 |
| 2a | CHICAGO REGIONAL COUNCIL OF CARPENTERS c/o Scalambrino & Arnoff, LLP One North LaSalle Street Suite 1600 Chicago IL 60602 | 04/21/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,593.20 | $4,593.20 | $0.00 | $0.00 | $0.00 | $4,593.20 |

**CLAIM ANALYSIS REPORT**

Page No: 3

Exhibit C

| Case No. | 08-06641-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | | Date: | 12/19/2012 |
| Claims Bar Date: | 08/15/2008 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | COMED CO<br>Attn: Bankruptcy Section/Revenue Managem<br>2100 Swift Drive<br>Oakbrook IL 60523 | 04/21/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $426.70 | $426.70 | $0.00 | $0.00 | $0.00 | $426.70 |
| 4a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 606640338 | 05/22/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $66.00 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| 5 | CHICAGO FLAMEPROOF<br>1200 S. Lake St.<br>Montgomery IL 60538 | 05/23/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,311.46 | $2,311.46 | $0.00 | $0.00 | $0.00 | $2,311. |
| 6b | INTERNAL REVENUE SERVICE<br>ATTN: Centralized Insolvency<br>PO Box 21126<br>Philadelphia PA 19114 | 06/13/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,545.83 | $11,545.83 | $0.00 | $0.00 | $0.00 | $11,545.83 |
| 7 | KNOX PRESBYTERIAN CHURCH<br>1105 Catalpa Ln.<br>Naperville IL 605407905 | 07/30/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $144,877.87 | $144,877.87 | $0.00 | $0.00 | $0.00 | $144,877 |
| 8a | PAINTERS D.C. 30 HEALTH & WELF. FUND<br>C/O M. Garrett Hohimer<br>122 S. Michigan Ave. Ste 1720<br>Chicago IL 60603 | 08/15/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,769.38 | $2,769.38 | $0.00 | $0.00 | $0.00 | $2,769.3 |
| 9a | PAINTERS D.C. 30 PENSION FUND<br>C/O M. Garrett Hohimer<br>122 S. Michigan Ave. Ste 1720<br>Chicago IL 60603 | 08/15/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,812.65 | $2,812.65 | $0.00 | $0.00 | $0.00 | $2,812.65 |
| 10a | PAINTERS D.C. 30 J. APPRENTICESHIP & Training Fund, C/O M.G. Hohimer<br>Jacobs Burns, et. al.<br>122 S. Michigan Ave. Ste 1720<br>Chicago IL 60603 | 08/15/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $237.99 | $237.99 | $0.00 | $0.00 | $0.00 | $237.99 |

**CLAIM ANALYSIS REPORT**

Page No: 4    Exhibit C

| Case No. | 08-06641-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | | Date: | 12/19/2012 |
| Claims Bar Date: | 08/15/2008 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PAINTERS DISTRICT COUNCIL NO. 30 C/O M. Garrett Hohimer Jacobs Burns, et. al. 122 S. Michigan Ave. Ste 1720 Chicago IL 60603 | 08/15/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,359.90 | $2,359.90 | $0.00 | $0.00 | $0.00 | $2,359.90 |
| 12 | LEE AND ASSOCIATES Timothy M McLean Clingen Callow & McLean 2100 Manchester Road, Suite 1750 Wheaton IL 60187 | 08/15/2008 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $34,100.00 | $34,100.00 | $0.00 | $0.00 | $0.00 | $34,100.00 |
| 13 | KLEIN CONSTRUCTION SERVICES INC. 475 S. Frontage Rd. Suite #206 Burr Ridge IL 60527 | 08/19/2008 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $21,404.12 | $21,404.12 | $0.00 | $0.00 | $0.00 | $21,404.12 |
| 14 | REINKE GYPSUM SUPPLY CO., INC. C/O Mark J Rose Esq 200 W Adams St Suite 2850 Chicago IL 60606 | 08/28/2008 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $38,648.02 | $38,648.02 | $0.00 | $0.00 | $0.00 | $38,648.02 |
| 15 | PLATTE RIVER INSURANCE COMPANY 1600 Aspen Commons Madison WI 537050900 | 03/30/2009 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $10,500.00 | $10,500.00 | $0.00 | $0.00 | $0.00 | $10,500.00 |
| | | | | | | | $852,015.99 | $801,473.49 | $0.00 | $0.00 | $0.00 | $801,473.49 |

Page No: 5 Exhibit C

## CLAIM ANALYSIS REPORT

| Case No. | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | ORION DRYWALL, INC. | Date: | 12/19/2012 |
| Claims Bar Date: | 08/15/2008 | | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Accountant for Trustee Fees (Other Firm) | $5,672.50 | $5,672.50 | $0.00 | $0.00 | $0.00 | $5,672.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $156.51 | $156.51 | $0.00 | $0.00 | $0.00 | $156.51 |
| Attorney for Trustee Fees (Trustee Firm) | $55,542.50 | $5,869.85 | $0.00 | $0.00 | $0.00 | $5,869.85 |
| Claims of Governmental Units | $260,027.95 | $260,027.95 | $0.00 | $0.00 | $0.00 | $260,027.95 |
| General Unsecured § 726(a)(2) | $206,100.98 | $206,100.98 | $0.00 | $0.00 | $0.00 | $206,100.98 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $30,392.86 | $30,392.86 | $0.00 | $0.00 | $0.00 | $30,392.86 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $221,200.70 | $221,200.70 | $0.00 | $0.00 | $0.00 | $221,200.70 |
| Tardy General Unsecured § 726(a)(3) | $70,552.14 | $70,552.14 | $0.00 | $0.00 | $0.00 | $70,552.14 |
| Trustee Compensation | $2,369.85 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      08-06641-DRC
Case Name:     ORION DRYWALL, INC.
Trustee Name:  David E. Grochocinski

Balance on hand:      $15,426.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $30,392.86 | $30,392.86 | $0.00 | $269.11 |
| 6 | Internal Revenue Service | $221,200.70 | $221,200.70 | $0.00 | $1,958.59 |

Total to be paid to secured creditors:    $2,227.70
Remaining balance:    $13,198.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,869.85 | $0.00 | $5,869.85 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $156.51 | $0.00 | $156.51 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $5,672.50 | $0.00 | $5,672.50 |

Total to be paid for chapter 7 administrative expenses:    $13,198.86
Remaining balance:    $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $260,027.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Illinois Department of Employment Security | $31,875.79 | $0.00 | $0.00 |
| 2 | Chicago Regional Council of Carpenters | $60,885.00 | $0.00 | $0.00 |
| 4 | Illinois Department of Revenue | $21,123.54 | $0.00 | $0.00 |
| 6a | Internal Revenue Service | $129,336.54 | $0.00 | $0.00 |
| 8 | Painters D.C. 30 Health & Welf. Fund | $7,997.42 | $0.00 | $0.00 |
| 9 | Painters D.C. 30 Pension Fund | $8,122.38 | $0.00 | $0.00 |
| 10 | Painters D.C. 30 J. Apprenticeship | $687.28 | $0.00 | $0.00 |

Total to be paid to priority claims:   $0.00
Remaining balance:   $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $206,100.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | Chicago Regional Council of Carpenters | $4,593.20 | $0.00 | $0.00 |
| 3 | ComEd Co | $426.70 | $0.00 | $0.00 |
| 4a | Illinois Department of Revenue | $66.00 | $0.00 | $0.00 |
| 5 | Chicago Flameproof | $2,311.46 | $0.00 | $0.00 |
| 6b | Internal Revenue Service | $11,545.83 | $0.00 | $0.00 |
| 7 | Knox Presbyterian Church | $144,877.87 | $0.00 | $0.00 |
| 8a | Painters D.C. 30 Health & Welf. Fund | $2,769.38 | $0.00 | $0.00 |
| 9a | Painters D.C. 30 Pension Fund | $2,812.65 | $0.00 | $0.00 |
| 10a | Painters D.C. 30 J. Apprenticeship | $237.99 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 11 | Painters District Council No. 30 | $2,359.90 | $0.00 | $0.00 |
| 12 | Lee and Associates | $34,100.00 | $0.00 | $0.00 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $70,552.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 13 | Klein Construction Services Inc. | $21,404.12 | $0.00 | $0.00 |
| 14 | Reinke Gypsum Supply Co., Inc. | $38,648.02 | $0.00 | $0.00 |
| 15 | Platte River Insurance Company | $10,500.00 | $0.00 | $0.00 |

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |