UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 08-06641-DRC |
|---|---|---|
| ORION DRYWALL, INC. | § § § § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 3/8/13, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/29/2013      By:  /s/ David E. Grochocinski
                                                         (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 08-06641-DRC
§
ORION DRYWALL, INC. §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $16,198.53
*and approved disbursements of* $771.97
*leaving a balance on hand of[1]:* $15,426.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $30,392.86 | $30,392.86 | $0.00 | $269.11 |
| 6 | Internal Revenue Service | $221,200.70 | $221,200.70 | $0.00 | $1,958.59 |

Total to be paid to secured creditors: $2,227.70
Remaining balance: $13,198.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,869.85 | $0.00 | $5,869.85 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $156.51 | $0.00 | $156.51 |
| Scott Horewitch Pidgeon & Abrams, LLC, | $5,672.50 | $0.00 | $5,672.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| Accountant for Trustee Fees | | | |
|---|---|---|---|

Total to be paid for chapter 7 administrative expenses: $13,198.86
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $260,027.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Illinois Department of Employment Security | $31,875.79 | $0.00 | $0.00 |
| 2 | Chicago Regional Council of Carpenters | $60,885.00 | $0.00 | $0.00 |
| 4 | Illinois Department of Revenue | $21,123.54 | $0.00 | $0.00 |
| 6a | Internal Revenue Service | $129,336.54 | $0.00 | $0.00 |
| 8 | Painters D.C. 30 Health & Welf. Fund | $7,997.42 | $0.00 | $0.00 |
| 9 | Painters D.C. 30 Pension Fund | $8,122.38 | $0.00 | $0.00 |
| 10 | Painters D.C. 30 J. Apprenticeship | $687.28 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $206,100.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | Chicago Regional Council of Carpenters | $4,593.20 | $0.00 | $0.00 |
| 3 | ComEd Co | $426.70 | $0.00 | $0.00 |
| 4a | Illinois Department of Revenue | $66.00 | $0.00 | $0.00 |
| 5 | Chicago Flameproof | $2,311.46 | $0.00 | $0.00 |
| 6b | Internal Revenue Service | $11,545.83 | $0.00 | $0.00 |
| 7 | Knox Presbyterian Church | $144,877.87 | $0.00 | $0.00 |
| 8a | Painters D.C. 30 Health & Welf. Fund | $2,769.38 | $0.00 | $0.00 |
| 9a | Painters D.C. 30 Pension Fund | $2,812.65 | $0.00 | $0.00 |
| 10a | Painters D.C. 30 J. Apprenticeship | $237.99 | $0.00 | $0.00 |
| 11 | Painters District Council No. 30 | $2,359.90 | $0.00 | $0.00 |
| 12 | Lee and Associates | $34,100.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:   $0.00
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $70,552.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 13 | Klein Construction Services Inc. | $21,404.12 | $0.00 | $0.00 |
| 14 | Reinke Gypsum Supply Co., Inc. | $38,648.02 | $0.00 | $0.00 |
| 15 | Platte River Insurance Company | $10,500.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-06641-DRC
Orion Drywall, Inc.                                             Chapter 7
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman              Page 1 of 3            Date Rcvd: Jan 30, 2013
                              Form ID: pdf006           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2013.
```
db         +Orion Drywall, Inc.,   5009 Columbia St.,   Lisle, IL 60532-2204
aty        +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,   1900 Ravinia Road,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
12065696   #+AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
12065697   +Capital One Visa,   P.O. Box 60067,   City Of Industry, CA 91716-0067
12065698    Chicago Area Building,   303 W. Irving Park Rd.,   Roselle, IL 60172-1197
12065699   +Chicago Flameproof,   1200 S. Lake St.,   Montgomery, IL 60538-1400
12161253   +Chicago Regional Council of Carpenters,   c/o Scalambrino & Arnoff, LLP,
             One North LaSalle Street,   Suite 1600,   Chicago, IL 60602-3935
12065701   +Com Ed (Warehouse),   Bill Payment Center,   Chicago, IL 60668-0001
12065703   +Dee and Bee Fasteners,   75 Eisenhower Lane South,   Lombard, IL 60148-5409
12065704   +District Counsel of Carpenters,   12 E.Erie St.,   Chicago, IL 60611-2767
12065705   +First Nations Bank,   1151 E. Butterfield Rd.,   Wheaton, IL 60189-8807
12065706   +First Presbyterian Church,   339 Fourth St.,   Downers Grove, IL 60515-5260
12065707   +Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
12116642   +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808
12065708    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
12065709   +Illinois Dept Employment Security,   Chicago Region - Revenue,   527 S. Wells Street, Suite 100,
             Chicago, IL 60607-3962
12065711   +K2N,   1010 Jorie Blvd., Suite 320,   Oak Brook, IL 60523-4462
12065712   +Klein Construction Services Inc.,   475 S. Frontage Rd.,   Suite #206,
             Burr Ridge, IL 60527-6225
12065713    Knox Presbyterian Church,   1105 Catalpa Ln.,   Naperville, IL 60540-7905
12065714   +Lee and Associates,   Timothy M McLean,   Clingen Callow & McLean,
             2100 Manchester Road, Suite 1750,   Wheaton, IL 60187-4574
12065715   +Lee and Associates,   8755 W. Higgens,   Chicago, IL 60631-2792
12065717   +Mary A. Paulus Trust,   5007 Columbia St.,   Lisle, IL 60532-2204
12065718   +Nicor Gas (Office),   P.O. Box 2020,   Aurora, IL 60507-2020
12065719   +Nicor Gas (Warehouse),   P.O. Box 2020,   Aurora, IL 60507-2020
12520350   +Painters D.C. 30 Health & Welf. Fund,   C/O M. Garrett Hohimer,   122 S. Michigan Ave. Ste 1720,
             Chicago, IL 60603-6145
12520396   +Painters D.C. 30 J. Apprenticeship,   & Training Fund, C/O M.G. Hohimer,   Jacobs Burns, et. al.,
             122 S. Michigan Ave. Ste 1720,   Chicago, IL 60603-6145
12520375   +Painters D.C. 30 Pension Fund,   C/O M. Garrett Hohimer,   122 S. Michigan Ave. Ste 1720,
             Chicago, IL 60603-6145
12520472   +Painters District Council No. 30,   C/O M. Garrett Hohimer,   Jacobs Burns, et. al.,
             122 S. Michigan Ave. Ste 1720,   Chicago, IL 60603-6145
13719985   +Platte River Insurance Company,   1600 Aspen Commons,   Madison, WI 53562-4718
12065720   +Reinke Gypsum Supply Co., Inc.,   C/O Mark J Rose Esq,   200 W Adams St Suite 2850,
             Chicago, IL 60606-5206
12065721   +Reinke Interior,   2440 S. Wolf Rd.,   Des Plaines, IL 60018-2604
12065723   +Steve M. Paulus,   5007 Columbia,   Lisle, IL 60532-2204
12065725   +Tapers and Painters Union Local #14,   1000 Burr Ridge Parkway,   Suite #200,
             Burr Ridge, IL 60527-0845
12065726   +Tapers and Painters Union Local #30,   1905 Sequoia Av.,   Aurora, IL 60506-1066
12065728   +West Bend Insurance,   1900 S. 18th Avenue,   West Bend, WI 53095-9791
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12065700   +E-mail/Text: legalcollections@comed.com Jan 31 2013 02:18:08     ComEd Co,
             Attn: Bankruptcy Section/Revenue Managem,   2100 Swift Drive,   Oakbrook, IL 60523-1559
12065710    E-mail/Text: cio.bncmail@irs.gov Jan 31 2013 02:12:25     Internal Revenue Service,
             ATTN: Centralized Insolvency,   PO Box 21126,   Philadelphia, PA 19114
12065722    E-mail/Text: appebnmailbox@sprint.com Jan 31 2013 02:16:39     Sprint/Nextel,   P.O. Box 4191,
             Carol Stream, IL 60197
                                                                                             TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12065724*   +Steve M. Paulus,   5007 Columbia,   Lisle, IL 60532-2204
12065702   ##+Construction Resource Technology,   1515 Indian River Rd.,   Bldg. A, Suite #222,
             Vero Beach, FL 32960-7109
12065716   ##+Lift Works,   1201 W. Hawthorne Lane,   West Chicago, IL 60185-1815
12065727   ##+Weis Builders,   1701 Golf Rd.,   Tower #3,   Rolling Meadows, IL 60008-4285
                                                                                  TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: froman                Page 2 of 3                    Date Rcvd: Jan 30, 2013
                               Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: froman              Page 3 of 3              Date Rcvd: Jan 30, 2013
                              Form ID: pdf006           Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2013 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com
          Brian D Johnson    on behalf of Trustee David E Grochocinski briandjohnson80@hotmail.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Welfare Fund
           clm@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago and Northeast Illinois Regional Council of
           Carpenters Apprentice and Trainee Program Fund clm@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Pension Fund
           clm@sacounsel.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          Kathleen M. McGuire    on behalf of Plaintiff David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Kent A Gaertner    on behalf of Debtor   Orion Drywall, Inc. kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;marigonzo@springerbrown.com
          M. Garrett Hohimer    on behalf of Creditor    Painters' District Council No. 30 Health and Welfare
           Fund ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Creditor Donald  Steadman ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Creditor    Painters District Council No. 30 Pension Fund
           ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Creditor    Painters' District Council No. 30 of the
           International Union of Painters and Allied Trades, AFL-CIO ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Creditor    Northern Illinois Painting and Drywall Institute
           ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Creditor Charles E Anderson ghohimer@jbosh.com
          M. Garrett Hohimer    on behalf of Creditor    Northern Illinois Painters, Decorators and Drywall
           Finishers Joint Apprenticeship and Training Fund ghohimer@jbosh.com
          Mark J Rose    on behalf of Creditor    Reinke Gypsum Supply Co Inc mjroseesq@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy P Whelan    on behalf of Defendant Steven M Paulus tpwlaw@comcast.net,  tpwlaw@comcast.net
          Timothy P Whelan    on behalf of Defendant Mary A Paulus tpwlaw@comcast.net,  tpwlaw@comcast.net
                                                                                             TOTAL: 21
```