**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-06641-DRC |
| | § | |
| ORION DRYWALL, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $18,954.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $2,227.70 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $13,970.83 | | |

3) Total gross receipts of $16,198.53 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,198.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $251,593.56 | $251,593.56 | $2,227.70 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $64,513.33 | $14,840.68 | $13,970.83 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $260,027.95 | $260,027.95 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $276,653.12 | $276,653.12 | $0.00 |
| **Total Disbursements** | NA | $852,787.96 | $803,115.31 | $16,198.53 |

4).   This case was originally filed under chapter 7 on 03/20/2008.  The case was pending for -1298 months.

5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2013         By:   /s/ David E. Grochocinski
                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | $3,208.17 |
| POSSIBLE PREFENCES/FRAUDULENT TRANSFERS | 1241-000 | $12,927.00 |
| Interest Earned | 1270-000 | $6.36 |
| UNITED STATES TREASURY | 1280-000 | $57.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,198.53** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 4210-000 | NA | $30,392.86 | $30,392.86 | $269.11 |
| 6 | Internal Revenue Service | 4110-000 | NA | $221,200.70 | $221,200.70 | $1,958.59 |
| **TOTAL SECURED CLAIMS** | | | NA | $251,593.56 | $251,593.56 | $2,227.70 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,369.85 | $2,369.85 | $1,500.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $13.89 | $13.89 | $13.89 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $12.29 | $12.29 | $12.29 |
| Green Bank | 2600-000 | NA | $242.42 | $242.42 | $242.42 |
| The Bank of New York Mellon | 2600-000 | NA | $230.86 | $230.86 | $230.86 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| UPS | 2990-000 | NA | $22.51 | $22.51 | $22.51 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $55,542.50 | $5,869.85 | $5,869.85 |
| InnovaLaw, PC, | 3120-000 | NA | $156.51 | $156.51 | $156.51 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Attorney for Trustee Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | | NA | $5,672.50 | $5,672.50 | $5,672.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $64,513.33 | $14,840.68 | $13,970.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Illinois Department of Employment Security | 5800-000 | NA | $31,875.79 | $31,875.79 | $0.00 |
| 2 | Chicago Regional Council of Carpenters | 5800-000 | NA | $60,885.00 | $60,885.00 | $0.00 |
| 4 | Illinois Department of Revenue | 5800-000 | NA | $21,123.54 | $21,123.54 | $0.00 |
| 6a | Internal Revenue Service | 5800-000 | NA | $129,336.54 | $129,336.54 | $0.00 |
| 8 | Painters D.C. 30 Health & Welf. Fund | 5800-000 | NA | $7,997.42 | $7,997.42 | $0.00 |
| 9 | Painters D.C. 30 Pension Fund | 5800-000 | NA | $8,122.38 | $8,122.38 | $0.00 |
| 10 | Painters D.C. 30 J. Apprenticeship | 5800-000 | NA | $687.28 | $687.28 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $260,027.95 | $260,027.95 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2a | Chicago Regional Council of Carpenters | 7100-000 | NA | $4,593.20 | $4,593.20 | $0.00 |
| 3 | ComEd Co | 7100-000 | NA | $426.70 | $426.70 | $0.00 |
| 4a | Illinois Department of Revenue | 7100-000 | NA | $66.00 | $66.00 | $0.00 |
| 5 | Chicago Flameproof | 7100-000 | NA | $2,311.46 | $2,311.46 | $0.00 |
| 6b | Internal Revenue | 7100-000 | NA | $11,545.83 | $11,545.83 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Service | | | | | |
| 7 | Knox Presbyterian Church | 7100-000 | NA | $144,877.87 | $144,877.87 | $0.00 |
| 8a | Painters D.C. 30 Health & Welf. Fund | 7100-000 | NA | $2,769.38 | $2,769.38 | $0.00 |
| 9a | Painters D.C. 30 Pension Fund | 7100-000 | NA | $2,812.65 | $2,812.65 | $0.00 |
| 10a | Painters D.C. 30 J. Apprenticeship | 7100-000 | NA | $237.99 | $237.99 | $0.00 |
| 11 | Painters District Council No. 30 | 7100-000 | NA | $2,359.90 | $2,359.90 | $0.00 |
| 12 | Lee and Associates | 7100-000 | NA | $34,100.00 | $34,100.00 | $0.00 |
| 13 | Klein Construction Services Inc. | 7200-000 | NA | $21,404.12 | $21,404.12 | $0.00 |
| 14 | Reinke Gypsum Supply Co., Inc. | 7200-000 | NA | $38,648.02 | $38,648.02 | $0.00 |
| 15 | Platte River Insurance Company | 7200-000 | NA | $10,500.00 | $10,500.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $276,653.12 | $276,653.12 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1          Exhibit 8

| Case No.: | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | Date Filed (f) or Converted (c): | 03/20/2008 (f) |
| For the Period Ending: | 4/17/2013 | §341(a) Meeting Date: | 05/13/2008 |
| | | Claims Bar Date: | 08/15/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 2  ACCOUNTS RECEIVABLE | $107,853.20 | $0.00 | | $3,208.17 | FA |
| 3  OFFICE EQUIPMENT | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  FORKLIFT/EQUIPMENT/ETC. | $17,454.00 | $0.00 | | $0.00 | FA |
| 5  INVENTORY | Unknown | $0.00 | | $0.00 | FA |
| 6  POSSIBLE PREFENCES/FRAUDULENT TRANSFERS (u) | $20,000.00 | $20,000.00 | | $12,927.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $6.36 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                                                    **Gross Value of Remaining Assets**
                              $146,807.20              $20,000.00                              $16,141.53              $0.00

**Major Activities affecting case closing:**
  SETTLEMENT ON MECHANICS LIEN TO BE APPROVED BY COURT ON 1/16/09; INVESTIGATION OF TRANSFER TO INSIDERS ONGOING; ACCOUNTS
  RECEIVABLE SUBJECT TO OFFSET LIENS OF MECHANICS LIEN HOLDER; ACTION VS. INSIDER TO BE FILED BY MARCH 2010; ADVERSARY FILED; CASE NO.
  10A 00373; SUMMARY JUDGMENT DENIED; STRIAL SET FOR 2/7/11; TAX RETURNS TO BE FILED

Initial Projected Date Of Final Report (TFR):   06/30/2010          **Current Projected Date Of Final Report (TFR):**   06/30/2013          /s/ DAVID E. GROCHOCINSKI
                                                                                                                                                                            DAVID E. GROCHOCINSKI

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit 9

| Case No. | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7070 | Money Market Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | 9999-000 | $2,957.21 | | $2,957.21 |
| 04/09/2010 | (6) | WEST BEND INSURANCE COMPANY | INSURANCE PREFERENCE PAYMENT | 1241-000 | $10,427.00 | | $13,384.21 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.37 | | $13,384.58 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.57 | | $13,385.15 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.55 | | $13,385.70 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.56 | | $13,386.26 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.57 | | $13,386.83 |
| 09/03/2010 | 11003 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | $22.51 | $13,364.32 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,364.42 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,364.53 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,364.63 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,364.74 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,364.85 |
| 02/09/2011 | (6) | STEVEN PAULUS | SETTLEMENT PAYMENT | 1241-000 | $1,250.00 | | $14,614.85 |
| 02/15/2011 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-06641, Bond#016026455 | 2300-000 | | $9.63 | $14,605.22 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $14,605.32 |
| 03/08/2011 | (6) | STEVEN & MARY PAULUS | SETTLEMENT PAYMENT | 1241-000 | $1,250.00 | | $15,855.32 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.45 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.58 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.71 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.84 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,855.97 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $30.41 | $15,825.56 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,825.69 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $36.86 | $15,788.83 |
| | | | | **SUBTOTALS** | $15,888.24 | $99.41 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2     Exhibit 9

| Case No.: | 08-06641-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7070 | | Money Market Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/20/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.09) | $15,789.92 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,790.04 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.44 | $15,757.60 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,757.73 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $31.30 | $15,726.43 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,726.55 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.47 | $15,692.08 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,692.21 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.24 | $15,659.97 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,660.10 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.23 | $15,625.87 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $15,625.87 | $0.00 |
| | | | **TOTALS:** | | $15,888.87 | $15,888.87 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,957.21 | $15,625.87 | |
| | | | Subtotal | | $12,931.66 | $263.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $12,931.66 | $263.00 | |

| For the period of 3/20/2008 to 4/17/2013 | | For the entire history of the account between 04/06/2010 to 4/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,931.66 | Total Compensable Receipts: | $12,931.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,931.66 | Total Comp/Non Comp Receipts: | $12,931.66 |
| Total Internal/Transfer Receipts: | $2,957.21 | Total Internal/Transfer Receipts: | $2,957.21 |
| | | | |
| Total Compensable Disbursements: | $263.00 | Total Compensable Disbursements: | $263.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $263.00 | Total Comp/Non Comp Disbursements: | $263.00 |
| Total Internal/Transfer Disbursements: | $15,625.87 | Total Internal/Transfer Disbursements: | $15,625.87 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| | |
|---|---|
| Case No. | 08-06641-DRC |
| Case Name: | ORION DRYWALL, INC. |
| Primary Taxpayer ID #: | ******7070 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/20/2008 |
| For Period Ending: | 4/17/2013 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******2866 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $0.00 | $0.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $0.00 | $0.00 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $0.00 | $0.00 | |

For the period of 3/20/2008 to 4/17/2013

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/06/2010 to 4/17/2013

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| Case No. | 08-06641-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7070 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/20/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $15,625.87 | | $15,625.87 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | $13.89 | $15,611.98 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.69 | $15,593.29 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.97 | $15,567.32 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $23.50 | $15,543.82 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.08 | $15,518.74 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.04 | $15,493.70 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.19 | $15,469.51 |
| 08/01/2012 | | UNITED STATES TREASURY | photocoy refund | 1280-000 | $57.00 | | $15,526.51 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.47 | $15,499.04 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.78 | $15,477.26 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.97 | $15,452.29 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.73 | $15,426.56 |
| 03/08/2013 | 5002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,500.00 | $13,926.56 |
| 03/08/2013 | 5003 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $5,869.85 | $8,056.71 |
| 03/08/2013 | 5004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $156.51 | $7,900.20 |
| 03/08/2013 | 5005 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $5,672.50 | $2,227.70 |
| 03/08/2013 | 5006 | Internal Revenue Service | Distribution on Claim #: 6; | 4110-000 | | $1,958.59 | $269.11 |
| 03/08/2013 | 5007 | Illinois Department of Employment Security | Distribution on Claim #: 1; | 4210-000 | | $269.11 | $0.00 |
| | | | | **SUBTOTALS** | $15,682.87 | $15,682.87 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5    Exhibit 9

| Case No. | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7070 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $15,682.87 | $15,682.87 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** |  | $15,625.87 | $0.00 |  |
|  |  |  | **Subtotal** |  | $57.00 | $15,682.87 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $57.00 | $15,682.87 |  |

| For the period of 3/20/2008 to 4/17/2013 | | For the entire history of the account between 02/07/2012 to 4/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $57.00 | Total Compensable Receipts: | $57.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57.00 | Total Comp/Non Comp Receipts: | $57.00 |
| Total Internal/Transfer Receipts: | $15,625.87 | Total Internal/Transfer Receipts: | $15,625.87 |
| Total Compensable Disbursements: | $15,682.87 | Total Compensable Disbursements: | $15,682.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,682.87 | Total Comp/Non Comp Disbursements: | $15,682.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6     Exhibit 9

| Case No. | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | Money Market Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/14/2009 | (2) | KLEIN CONSTRUCTION | SETTLEMENT REGARDING ACCOUNT RECEIVABLE | 1121-000 | $2,846.20 | | $2,846.20 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $2,846.25 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $2,846.35 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,846.47 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,846.58 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,846.69 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,846.81 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,846.93 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,847.05 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,847.16 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,847.27 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $2,847.39 |
| 12/23/2009 | (2) | SCHEFLOW & RYDELL | FUNDS TO ON ACCOUNT | 1121-000 | $361.97 | | $3,209.36 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,209.48 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,209.60 |
| 02/05/2010 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-06641, BOND#016026455 | 2300-000 | | $2.66 | $3,206.94 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $3,207.06 |
| 03/17/2010 | 1002 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | $250.00 | $2,957.06 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | interset | 1270-000 | $0.13 | | $2,957.19 |
| 04/06/2010 | | Wire out to BNYM account ********2865 | Wire out to BNYM account ********2865 | 9999-000 | ($2,957.21) | | ($0.02) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.02 | | $0.00 |

                                            **SUBTOTALS**    $252.66    $252.66

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7  Exhibit 9

| Case No.: | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | ORION DRYWALL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | Money Market Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | TOTALS: | | $252.66 | $252.66 | $0.00 |
| | | Less: Bank transfers/CDs | | ($2,957.21) | $0.00 | |
| | | Subtotal | | $3,209.87 | $252.66 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $3,209.87 | $252.66 | |

**For the period of 3/20/2008 to 4/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,209.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,209.87 |
| Total Internal/Transfer Receipts: | ($2,957.21) |
| | |
| Total Compensable Disbursements: | $252.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $252.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/14/2009 to 4/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $3,209.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,209.87 |
| Total Internal/Transfer Receipts: | ($2,957.21) |
| | |
| Total Compensable Disbursements: | $252.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $252.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8     Exhibit 9

| | |
|---|---|
| Case No. | 08-06641-DRC |
| Case Name: | ORION DRYWALL, INC. |
| Primary Taxpayer ID #: | ******7070 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/20/2008 |
| For Period Ending: | 4/17/2013 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Checking Acct #: | ******2866 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 3/20/2008 to 4/17/2013 | | For the entire history of the account between 01/14/2009 to 4/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9  Exhibit 9

| Case No. | 08-06641-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | ORION DRYWALL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7070 | Checking Acct #: | ******2866 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 3/20/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $16,198.53 | $16,198.53 | $0.00 |

For the period of 3/20/2008 to 4/17/2013

| Total Compensable Receipts: | $16,198.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,198.53 |
| Total Internal/Transfer Receipts: | $15,625.87 |
| | |
| Total Compensable Disbursements: | $16,198.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,198.53 |
| Total Internal/Transfer Disbursements: | $15,625.87 |

For the entire history of the case between 03/20/2008 to 4/17/2013

| Total Compensable Receipts: | $16,198.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,198.53 |
| Total Internal/Transfer Receipts: | $15,625.87 |
| | |
| Total Compensable Disbursements: | $16,198.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,198.53 |
| Total Internal/Transfer Disbursements: | $15,625.87 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI